UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 09-0824 MMC |
| Plaintiff, | ) ) | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | ) ) | |
| KAM SETO, | ) ) | |
| Defendant. | ) ) | |

On September 09, 2010, the Court entered a Preliminary Order of Forfeiture forfeiting the following property,

- three Wells Fargo accounts – (1) in Wells Fargo Account #3214776738 held in the name of "Andy Wu"; (2) in Wells Fargo Account #1532833728 held in the name of "Ray T. Wong"; and (3) in Wells Fargo Account #3214776076 held in the name of "Hai Q. Wong"

pursuant to Title 18, United States Code, Section 982(a)(2)(A).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: February 8, 2012

HONORABLE MAXINE M. CHESNEY
United States District Judge